# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF INDIANA

**LONDON IRONS, Plaintiff,**

v.

**CURTCO CREDIT CORP, Defendant.**

**FILED**
**11/02/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:23-cv-01970-TWP-TAB

## COMPLAINT FOR DECLARATORY JUDGMENT

### I. INTRODUCTION

1. This action seeks declaratory judgment and damages as the Defendant, CURTCO CREDIT CORP, violated the Truth in Lending Act (TILA) and the Uniform Commercial Code (UCC), resulting in harm to the Plaintiff, LONDON IRONS.

### II. PARTIES

2. The Plaintiff, LONDON IRONS, is a National of the United States of America, residing at 5122 Brandywine Apt 219, Indianapolis, In 46241

3. The Defendant, CURTOCO CREDIT CORP is a corporation organized under the laws of the State of Indiana, with its principal place of business at 9615 E US Highway 36, Avon Indiana 46123.

### III. FACTUAL ALLEGATIONS

4. On 8/17/2016, the Plaintiff and Defendant entered into a retail installment contract, which constituted an auto loan for the Plaintiff to purchase a vehicle. On 2/25/2023 Defendant received Affidavit High Prerogative Writ of Que Warranto that Plaintiff sent via certified mail on 2/22/2023. Defendant did not provide a response.

5. On 4/3/2023 Plaintiff sent an edited claim with needed correction to the claim sent on 2/22/2023 along with Notice of Fault due to non-response. Defendant received the package on 4/6/2023 and failed to respond.

6. Plaintiff sent Notice of Default on 10/5/2023 via certified mail and Defendant received the package on 10/7/2023 and failed to respond.

7. Despite UCC 9-203 outlining the requirements for the attachment of a security interest and UCC 9-310 mandating the filing of a financing statement for the perfection of the security interest, the Defendant failed to satisfy these requirements. Specifically, the Defendant neglected to include the note, the evidence of debt, in the security agreement

    and did not file a financing statement, thus failing to perfect the security interest correctly.

8. Without informing or gaining the consent of the Plaintiff, the Defendant initiated a securitization process, which involved the sale of the loan note. This process effectively converted the Plaintiff's loan into an asset-backed security.

9. The Plaintiff demands that the Defendant produce the original note, demonstrating that it has not been securitized.

## IV. COUNT I: VIOLATION OF THE TRUTH IN LENDING ACT (TILA)

10. TILA, in conjunction with Regulation Z, imposes an obligation on creditors to disclose material terms and conditions of loans to consumers. The Defendant's non-disclosure of the securitization process is a violation of TILA, as established in Jesinoski v. Countrywide Home Loans, Inc., 574 U.S. 259, 2015.

## V. COUNT II: VIOLATION OF INDIANA UNIFORM COMMERCIAL CODE (IC) 26-1-3.1-301

11. IC 26-1-3.1-301 stipulates that a person entitled to enforce an instrument is either the holder of the instrument, a nonholder in possession of the instrument who has the rights of a holder, or a person not in possession of the instrument who is entitled to enforce the instrument. In this case, the Defendant, by not including the note in the security interest and subsequently selling the note, is not the holder of the note. Therefore, the Defendant has forfeited its right to enforce the note under IC 26-1-3.1-301, which results in nullifying the Plaintiff's obligation to pay the debt.

## VI. COUNT III: VIOLATION OF INDIANA UNIFORM COMMERCIAL CODE (IC) 26-1-3.1-604

12. As per IC 26-1-3.1-604, A person entitled to enforce an instrument, with or without consideration, may discharge the obligation of a party to pay the instrument by an intentional voluntary act, such as surrender of the instrument to the party, destruction, mutilation, or cancellation of the instrument, cancellation or striking out of the party's signature, or the addition of words to the instrument indicating discharge, or by agreeing not to sue or otherwise renouncing rights against the party by a signed record. In this case, by selling the note, the Defendant voluntarily discharged the Plaintiff's debt under IC 26-1-3.1-604, absolving the Plaintiff of any liability under the note.

### VII. PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, LONDON IRONS, respectfully requests that this Court:

A. Enter judgment in favor of the Plaintiff and against the Defendant for all monetary damages, to be determined at trial;

B. Award the Plaintiff his costs and expenses of this action, including reasonable attorneys' fees, under 15 U.S.C. § 1640(a);

C. Order the Defendant to produce the original note and to demonstrate that it was not securitized

D. Grant any other relief the Court deems necessary, just, and proper.

## VIII. JURY DEMAND

The Plaintiff demands a trial by jury on all issues so triable. I declare under penalty of perjury under the laws of the United States of America, as per 28 USC § 1746, that the foregoing is true and correct. Dated: 10/22/2023 LONDON IRONS Non-Citizen National of the United States, Executrix of Precedent Landed Estate [LONDON KENDALL IRONS]

*Notice to Principal is notice to Agent, Notice to Agent is notice to Principal*
*Administrative Procedure (5 USC 551-559)*
*This Affidavit is Governed according to the law Merchant*
*Private Judicial Notice, Private legislation*
*Let God be our Judge as he has set the Watchers to watch over Man*

To: CURTCO CREDIT CORP

From: Executor Office of Precedent Vested Landed Estate Of London Irons Bey Living Trust
Treasure of Moorish National Republic of Peace-Executor/Administrator

### Affidavit High Prerogative Writ of Quo Warranto

1. Comes Now, Executor of the Precedent Vested Estate LONDON KENDALL IRONS, President of Moorish National Republic of Peace Irons Bey, London here to settle all matters dealing with the principal debtor. As an Investor of the United States, Certificated Security Holder of the principal debtor/Franchise/Cestui que Trust LONDON KENDALL IRONS, I have dominion over all rights/interest of the principal debtor, all enjoyments, proceeds, titles, deeds, bonds, chattel papers and securities are due unto me as I have the right of subrogation as the holder in due course. All property of the Precedent vested Estate has been conveyed into the Jurisdiction of the LONDON IRONS BEY LIVING TRUST (the Trust).

2. On August 17th, 2016, I signed a promissory note along with a security agreement creating a negotiable instrument to extend credit to you as the borrower. As I am fully aware you did not have pre-existing credit, money, or assets as consideration to purchase the note or credit agreement from me. When I deposited the Promissory note with you the original bookkeeping entry should show an increase in the amount of the asset credited on the asset side of its books and a corresponding increase equal to the value of the asset on the liability side of its books. This would show that you received my signed promise to repay as an asset, thus monetizing (securitizing the note) my signature and creating on its books a liability in the form of a demand deposit or other demand liability of the bank.

3. Can you show proof of possession that you are the Certificated Security holder of the Precedent Vested Landed Estate [LONDON KENDALL IRONS]? Can you show proof of possession of an equitable title or certificate from the Trust with rights of use of the private property of the Trust?

4. This Matter creates a constructive trust, and you are now being appointed fiduciary with limited power to act on behalf of the Precedent Vested Landed Estate. Since you are assuming the position as debtor in respect to property held in the London Irons Bey Living Trust and using the private property to make a profit in the public without compensating the beneficial owner, I now demand from you the following things:

   - All accounts in name of LONDON KENDALL IRONS are updated to reflect satisfied, paid in full, and no late payments with Indiana Finance Company and all credit reporting agencies.

   - Refund full downpayment for transaction immediately to the London Irons Bey Living Trust.

   - Stolen property, 2007 Saturn Aura with VIN# 1GBZS57N07F185779, is fully replaced to restore the London Irons Bey Living Trust

   - Balance accounting for LONDON KENDALL IRONS account and issue all securities interest, profits, and gifts from investment to the equitable owner, London Irons Bey Living Trust

5. Can you show proof of possession of the original negotiable instrument to enforce the instrument? Can you Show proof the original note was not destroyed voluntarily by way of securitization discharging all debt?

6. Claiming there is an alleged debt when the note was destroyed by way of securitization therefore fully discharging all debt between parties according to U.C.C 3-604

"(a) A person entitled to enforce an instrument, with or without consideration, may discharge the obligation of a party to pay the instrument (i) by an intentional voluntary act, such as surrender of the instrument to the party, destruction, mutilation, or cancellation of the instrument, cancellation or striking out of the party's signature, or the addition of words to the instrument indicating discharge, or (ii) by agreeing not to sue or otherwise renouncing rights against the party by a signed record."

This is fraud and misrepresentation of the material facts, the character and legal amount of debt. This is an ultra vires act, usurping powers that are not within your charter/Bond nor authorized by law.

Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes "fraud", and entities party deceived to avoid contract or recover damages. Barnsdall Refining Corn. V.Birnam wood Oil Co., 92 F 2d 817.

Mr. Justice Marshall said: The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and to punish them for violations of their corporate charters, and it probably is not invoked to often.

*Zinc Carbonate Co. V. First National Bank, 103 Wis 125, 79 NW 229" American Express Co. v. Citizens State Bank, 194 NW 430*

7. WHEREAS As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for you to produce for the record, the Legislative Act that created your Authority to 1)enforce an instrument you are not in possession of, 2) or to enforce an instrument that was destroyed by way of securitization a voluntary act to discharge all debt. 3) Prove your authority to legislate over the Precedent Vested Landed Estate [LONDON KENDALL IRONS] Private Property of LONDON IRONS BEY LIVING TRUST. Take notice that a de facto basis for powers of authority is not sufficient in this matter. Failure to provide proof of your de jure authority appointed from the Executor Office of the Precedent Vested Landed Estate [ LONDON KENDALL IRONS] of the LONDON IRONS BEY LIVING TRUST constitutes your actions as ultra vires and by operation of law your Charter is dissolved by usurping powers you do not have, a trust arises, and I become beneficiary of said trust. As beneficiary to your dissolution, I special deposit for credit on account and order all debts be paid from your capital stock.

8. Conclusion: Do you have the original bill (negotiable instrument) in your possession to enforce the instrument to report payments of a debt? Can you prove the original note was not destroyed by way of securitization and discharging all debts? Do you have the certificated security instrument issued by the United States to show proof of possession over the principal debtor for subrogation rights over all proceeds of the principal debtor? If you cannot prove or rebut anything stated within this legal document, you fully agree with all demands being made. Your silence is acquiesced and considered as all demands will be met accordingly. You Now have 10 business days to fully respond to this legal document.

9. For all damages and harm caused to the LONDON IRONS BEY LIVING TRUST I make the following claims against you according to the Fee Schedule of the Trust:
    1. Fraud and False Statements- $30,000.00
    2. Taking/Theft/Deprivation of Property- $100,000.00
    3. Conspiracy- $ 250,000.00
    4. Failure to Respond- $1,000,000.00 (If you fail to respond to this Affidavit)

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC 1746

✗ *London Irons Bey*

Executor Office, LONDON IRONS BEY LIVING TRUST, LONDON KENDALL IRONS, Precedent Estate, Treasure of the Board of Directors of Moorish National Republic of Peace, non-citizen, National of the United States